| 418P15 | Marcus Larent Henderson v. Harnett County District Court Jacqualyn L. Lee | Plt's *Pro Se* Petition for *Writ of Mandamus* | Denied |
|---|---|---|---|
| 419P15 | State v. Emile George Fryou | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA14-1168)<br><br>2. State's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Dismissed as moot |
| 420P15 | State v. Marlon E. Mendoza-Mejia | 1. State's Motion for Temporary Stay (COA14-1261)<br><br>2. State's Petition for *Writ of Supersedeas* | 1. Allowed **12/21/2015**<br><br>2. |
| 421P15 | Law Offices of Peter H. Priest, PLLC v. Gabriel Coch and Information Pattern, LLC | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA15-254)<br><br>2. Plt's Petition for *Writ of Certiorari* to Review Decision of COA | 1. Denied<br><br>2. Dismissed as moot |
| 422P15 | State v. Christopher Blake Squire | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied **01/05/2016** |
| 423P15 | State v. Clyde Gary Whisenant | 1. Def's Motion for Temporary Stay (COA15-607)<br><br>2. Def's Petition for *Writ of Supersedeas* | 1. Allowed **12/30/2015**<br><br>2.<br><br>**Ervin, J., recused** |
| 425P15 | State v. Dwayne D. Knolton | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **12/22/2015** |
| 427P15 | State v. James Cornelius McNeill | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA15-94) | Denied |
| 428P15 | Trevon DeAndre Rice v. Harnett County District Court Jacqualyn L. Lee | Plt's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 429P15 | Nathaniel Ray McLean v. Harnett County District Court Jacqualyn L. Lee | Plt's *Pro Se* Petition for *Writ of Mandamus* | Denied |